**In the Interest of L.A.T., S.M.T., C.F.T.**

**Nos. 48790-48794.**

Missouri Court of Appeals,
Eastern District,
Division One.

April 30, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 5, 1985.

Application to Transfer Denied
Aug. 7, 1985.

Leslie Dee Edwards, St. Louis, for appellant.

Andrew Thomas Kotschar, St. Louis, for respondent.

### ORDER

PER CURIAM.

Appeal by natural mother from decree terminating parental rights on the authority of § 211.447.2(2)(a) & (b) RSMo 1978. The parties have been furnished with a memorandum for their information only setting forth the reasons for the order af-

firming the judgment. No jurisprudential purpose would be served by a written opinion. Judgment affirmed in accordance with Rule 84.16(b).